UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID A. BLEVINS,

      PLAINTIFF,

              CASE NO. 2:15-CV-2685
              CHIEF JUDGE EDMUND A. SARGUS, JR.
v.          MAGISTRATE JUDGE KIMBERLY A. JOLSON

COMMISSIONER OF
SOCIAL SECURITY,

      DEFENDANT.

## OPINION AND ORDER

This case is before the district court for consideration of the objections filed by the Plaintiff David A. Blevins to the Report and Recommendation issued by the Magistrate Judge. (Doc. 27) The Report and Recommendation proposed that the decision of the Commissioner of Social Security denying disability benefits to the Plaintiff be affirmed and the case dismissed. (Doc. 26)

The undersigned has reviewed the administrative record, the Report and Recommendation and the objections filed by the Plaintiff. The Court finds the Report and Recommendation to be well reasoned and in accordance with the law. The Court also finds that the objections are without merit.

It is ORDERED that the Report and Recommendation is ADOPTED. The objections are overruled and JUDGMENT is entered in favor of the Commissioner of Social Security.

**IT IS SO ORDERED.**

9-20-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE